# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, : | |
| : | CIVIL ACTION NO. _____ |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| THE PENNSYLVANIA STATE : | |
| UNIVERSITY, AMBER GROVE, : | |
| in her individual capacity and in her : | |
| official capacity as the Pennsylvania : | |
| State University's Title IX Coordinator, : | |
| and SARAH KERN, in her individual : | |
| capacity, : | |
| : | |
| Defendants. : | |

## PLAINTIFF'S MOTION FOR LEAVE
## TO PROCEED BY PSEUDONYM

Plaintiff John Doe, by and through his undersigned counsel, hereby files this Motion for Leave to Proceed by Pseudonym, requesting an order (1) allowing him to proceed pseudonymously as "John Doe," (2) allowing him to omit his county of residence from the Civil Cover Sheet filed contemporaneously with the Complaint, and (3) limiting disclosure of his name by the participants in this litigation. Plaintiff incorporates by reference the Brief in Support of Plaintiff's Motion for Leave to Proceed by Pseudonym, which is being filed contemporaneously with this Motion.

WHEREFORE, Plaintiff John Doe respectfully requests that the Court grant the within Motion and enter the proposed form of order attached hereto.

Respectfully submitted,

BABST CALLAND, CLEMENTS AND ZOMNIR P.C.

*/s/ Casey Alan Coyle*
Casey Alan Coyle, Esquire
PA ID No. 307712
Stefanie Pitcavage Mekilo, Esquire
PA ID No. 312720
409 N. 2nd Street, Suite 201
Harrisburg, PA 17101
(267) 939-5832
ccoyle@babstcalland.com
smekilo@babstcalland.com
*Counsel for Plaintiff John Doe*

Dated: December 9, 2024

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
|       Plaintiff, | : CIVIL ACTION NO. _____ |
| v. | : |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity and in her official capacity as the Pennsylvania State University's Title IX Coordinator, and SARAH KERN, in her individual capacity, | : |
|       Defendants. | : |

## **LOCAL RULE 7.1 CERTIFICATE**

I, Casey Alan Coyle, hereby certify pursuant to Local Rule 7.1 of the Local Rules of Court for the Middle District of Pennsylvania that I sought concurrence from presumed counsel for Defendants regarding the within Motion, and counsel did not respond by the time of this filing.

Dated:  December 9, 2024       */s/ Casey Alan Coyle*
                                                    Casey Alan Coyle, Esquire
                                                    *Counsel for Plaintiff John Doe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| | : CIVIL ACTION NO. _____ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity and in her official capacity as the Pennsylvania State University's Title IX Coordinator, and SARAH KERN, in her individual capacity, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Casey Alan Coyle, certify that on this 9th day of December, 2024, a true and correct copy of Plaintiff's Motion for Leave to Proceed by Pseudonym and Brief in Support of Plaintiff's Motion for Leave to Proceed by Pseudonym were served on the following via First Class mail to the following addresses:

The Pennsylvania State University
c/o Office of General Counsel
The Pennsylvania State University
227 West Beaver Avenue, Suite 507
State College, PA 16801

Amber Grove
Penn State Office of Ethics and Compliance
The Pennsylvania State University
212 Rider Building
University Park, PA 16802

Sarah Kern
Penn State Office of Ethics and Compliance
The Pennsylvania State University
212 Rider Building
University Park, PA 16802


Dated:  December 9, 2024          <u>*/s/ Casey Alan Coyle*</u>
                                  Casey Alan Coyle, Esquire
                                  *Counsel for Plaintiff John Doe*