# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL ACTION NO. 4:24-cv-2111 |
| Plaintiff, | : | (Chief Judge Brann) |
| v. | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity and in her official capacity as the Pennsylvania State University's Title IX Coordinator, and SARAH KERN, in her individual capacity, | : | |
| Defendants. | : | |

## SUPPLEMENTAL LOCAL RULE 7.1 CERTIFICATE

I, Stefanie Pitcavage Mekilo, hereby certify pursuant to Local Rule 7.1 of the Local Rules of Court for the Middle District of Pennsylvania that I sought concurrence from counsel for Defendants regarding the Motion (Doc. 3) for Leave to Proceed by Pseudonym ("Motion") filed by Plaintiff John Doe, and counsel has advised that Defendant Pennsylvania State University does not object to Plaintiff's Motion. I will provide a further supplement to this Certificate with regard to Defendants Amber Grove and Sarah Kern when their respective positions are known.

Dated:  December 10, 2024        */s/ Stefanie Pitcavage Mekilo*
                                  Stefanie Pitcavage Mekilo, Esquire
                                  *Counsel for Plaintiff John Doe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : CIVIL ACTION NO. 4:24-cv-2111 |
| Plaintiff, | : (Chief Judge Brann) |
| v. | : |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity and in her official capacity as the Pennsylvania State University's Title IX Coordinator, and SARAH KERN, in her individual capacity, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Stefanie Pitcavage Mekilo, certify that on this 10th day of December, 2024, a true and correct copy of Plaintiff's Supplemental Local Rule 7.1 Certificate was served on the following via First Class mail and via email to the following addresses:

| | |
|---|---|
| George C. Morrison, Esq.<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555<br>george.morrison@bipc.com | Andrew T. Simmons, Esq.<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555<br>andrew.simmons@bipc.com |

Dated:  December 10, 2024          */s/ Stefanie Pitcavage Mekilo*
                                   Stefanie Pitcavage Mekilo, Esquire
                                   *Counsel for Plaintiff John Doe*