# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| | : NO. 4:24-CV-02111 |
| Plaintiff, | : |
| | : (Chief Judge Brann) |
| v. | : |
| | : |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity and in her official capacity as the Pennsylvania State University's Title IX Coordinator, and SARAH KERN, in her individual capacity, | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 10th day of December 2024, upon consideration of Plaintiff's Motion for Leave to Proceed by Pseudonym and accompanying Brief in Support thereof, and the Court finding that Plaintiff John Doe has established a reasonable fear of severe harm should his identity be disclosed in connection with this litigation, that Mr. Doe's reasonable fear of severe harm "outweighs the public's interest in open judicial proceedings," and that the factors articulated by the Third Circuit Court of Appeals in *Doe v. Megless*, 654 F.3d 404 (3d Cir. 2011), weigh in favor of pseudonymity,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed by Pseudonym is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff may continue to proceed under the pseudonym "John Doe" in this action;

**IT IS FURTHER ORDERED** that Plaintiff may omit his county of residence from the Civil Cover Sheet filed contemporaneously with the Complaint;

**IT IS FURTHER ORDERED** that the docket and all future papers filed in this litigation shall refer to Plaintiff as "John Doe," and any exhibits or other documents filed by the parties reflecting Plaintiff's name shall be redacted and/or filed under seal; and

**IT IS FURTHER ORDERED** that Plaintiff's actual name shall be available to the attorneys of record in this litigation, who shall not disclose or permit disclosure of this name except to their law partners, associates, and persons employed in the law offices of such attorneys.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge