# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | Civil No. 4:24-CV-2111 |
| Plaintiff, | : | (Chief Judge Brann) |
| v. | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity, and SARAH KERN, in her individual capacity, | : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.15 of the Local Rules of Court for the Middle District of Pennsylvania, Casey Alan Coyle, Esquire, Stefanie Pitcavage Mekilo, Esquire, and the law firm of Babst, Calland, Clements & Zomnir, P.C. (collectively, "Counsel") hereby move for leave to withdraw as counsel for Plaintiff John Doe in the above-captioned matter. Counsel further move for the Court to stay this action for 30 days so that Plaintiff may attempt to secure substitute counsel. In support of this Motion, Counsel incorporate by reference the accompanying Brief.

WHEREFORE, Counsel respectfully request that the Court grant the within Motion and enter the proposed form of order attached hereto.

        Respectfully submitted,

        BABST CALLAND, CLEMENTS AND ZOMNIR P.C.

        */s/ Casey Alan Coyle*
        Casey Alan Coyle, Esquire
        PA ID No. 307712
        Stefanie Pitcavage Mekilo, Esquire
        PA ID No. 312720
        300 N. 2nd Street, Suite 801
        Harrisburg, PA 17101
        (267) 939-5832
        ccoyle@babstcalland.com
        smekilo@babstcalland.com
        *Counsel for Plaintiff John Doe*

Dated: July 8, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| | : Civil No. 4:24-cv-2111 |
| Plaintiff, | : |
| | : (Chief Judge Brann) |
| v. | : |
| | : |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity, and SARAH KERN, in her individual capacity, | : |
| | : |
| Defendants. | : |

## LOCAL RULE 7.1 CERTIFICATE

I, Casey Alan Coyle, hereby certify pursuant to Local Rule 7.1 of the Local Rules of Court for the Middle District of Pennsylvania that I sought concurrence from defense counsel regarding the within Motion on July 7, 2025, and defense counsel responded that Defendants do not oppose the request.

Dated: July 8, 2025         /s/ Casey Alan Coyle
                            Casey Alan Coyle, Esquire
                            *Counsel for Plaintiff John Doe*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| | : Civil No. 4:24-cv-2111 |
| Plaintiff, | : |
| | : (Chief Judge Brann) |
| v. | : |
| | : |
| THE PENNSYLVANIA STATE UNIVERSITY, AMBER GROVE, in her individual capacity, and SARAH KERN, in her individual capacity, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Casey Alan Coyle, certify that on this 8th day of July, 2025, I electronically filed the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff using the Court's CM/ECF System, that all participants in this case are registered CM/ECF users, and that service will be accomplished by the CM/ECF System, in accordance with Rule 5.7 of the Local Rules of Court for the Middle District of Pennsylvania.

I further certify that on this 8th day of July, 2025, I served the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff upon Plaintiff via first class mail, postage prepaid, and by e-mail.

Dated: July 8, 2025       /s/ Casey Alan Coyle
                          Casey Alan Coyle, Esquire
                          *Counsel for Plaintiff John Doe*