# Buchanan

**George C. Morrison**
215 665 3909 / 212 440 4403
george.morrison@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555

T 215 665 8700
F 215 665 8760

August 22, 2025

**VIA CM/ECF**

Chief Judge Matthew W. Brann
U.S. District Court, Middle District of Pennsylvania
United States Courthouse and Federal Building
240 West Third Street
Williamsport, PA 17701

>  Re:   *John Doe v. The Pennsylvania State University, et al.*
>         *4:24-cv-02111-MWB*

Dear Chief Judge Brann:

Please accept this correspondence as the Parties' joint status letter in the above-captioned matter. This follows the recent August 13, 2025, entries of appearance of Christopher M. Lucca, Esquire and Patricia Hamill, Esquire on behalf of Plaintiff John Doe. *See* ECF Nos. 40-41.

On August 19, 2025, the Parties met and discussed a timeline for the litigation moving forward. Subject to this Court's approval, the Parties agreed that it would benefit Plaintiff's counsel to be provided until September 19, 2025, to familiarize themselves with the litigation, including the discovery dispute currently pending before this Court. *See* ECF Nos. 31-34. Following the above thirty (30)-day period, the parties further agreed (subject to approval by this Court) to meet and confer to discuss the outstanding discovery disputes pending before this Court in further effort to avoid Your Honor's intervention.

Finally, the Parties anticipate that an extension of deadlines set forth in the Case Management Order (ECF No. 20) will be necessary. The parties intend to jointly move to extend said deadlines in accordance with the Local Rules.

Thank you for your continued time and attention to this matter.

August 22, 2025
Page -2-

Respectfully submitted,

| | |
|---|---|
| */s/ Patricia Hamill* | */s/ George C. Morrison* |
| Patricia Hamill, Esquire (PA 48416) | George C. Morrison, Esquire (PA 203223) |
| Christopher M. Lucca, Esquire (PA 316225) | Andrew T. Simmons, Esquire (PA 331973) |
| CLARK HILL PLC | Hannah B. MacKay, Esquire (PA 330247) |
| 2001 Market Street, Suite 2620 | Two Liberty Place |
| Two Commerce Square | 50 S. 16th Street, Suite 3200 |
| Philadelphia, PA 19103 | Philadelphia, PA 19102 |
| Phone: 215-640-8500 | (215) 665-3909 |
| Fax: 215-640-8501 | george.morrison@bipc.com |
| phamill@clarkhill.com | andrew.simmons@bipc.com |
| clucca@clarkhill.com | hannah.mackay@bipc.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |