# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE,

    Plaintiff,

      v.

THE PENNSYLVANIA STATE
UNIVERSITY, AMBER GROVE,
in her individual capacity, and
SARAH KERN, in her individual
capacity,

    Defendants.

Civil No. 4:24-CV-2111

(Chief Judge Brann)

## STIPULATION OF RULE 41(a)(1)(A)(ii) VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe and Defendants the Pennsylvania State University, Amber Grover, and Sarah Kern, by and through their undersigned counsel, stipulate to the voluntary dismissal of this action, with prejudice, with each side to bear their own costs and attorneys' fees.

**Stipulated on May 7, 2026:**

| | |
|---|---|
| */s/ George C. Morrison* | */s/ Christopher M. Lucca* |
| **Buchanan Ingersoll & Rooney PC** | **Clark Hill PLC** |
| George C. Morrison, Esquire | Patricia M. Hamill, Esquire |
| Two Liberty Place | Christopher M. Lucca, Esquire |
| 50 S. 16th Street, Suite 3200 | 2001 Market Street, Suite 2620 |
| Philadelphia, PA 19102-2555 | Philadelphia, PA 19103 |
| george.morrison@bipc.com | clucca@clarkhill.com |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date set forth below the foregoing Stipulation was electronically filed pursuant to the Court's ECF system and the documents are available for downloading and viewing from the ECF system. Notice of this filing will be sent to all parties by operation of the ECF system.

<u>*/s/ Christopher M. Lucca*</u>
Christopher M. Lucca

Dated: May 7, 2026